IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PANNA ESTRADA | : | CIVIL ACTION |
| v. | : | |
| JANET NAPOLITANO, ET AL. | : | NO. 11-940 |

**ORDER**

**AND NOW**, this 29th day of April, 2011, upon consideration of the Government's Corrected Motion to Remand (Docket No. 6), all documents submitted in connection therewith, Plaintiff's Motion for Leave to File Amended Complaint (Docket No. 5), and the Government's response thereto, **IT IS HEREBY ORDERED** as follows:

1. The Government's Corrected Motion to Remand is **GRANTED**.

2. Plaintiff's Motion for Leave to File Amended Complaint is **DENIED WITHOUT PREJUDICE**.

3. This matter is **REMANDED** to USCIS.

4. USCIS shall re-enter its initial decision denying Plaintiff's naturalization application no later than May 9, 2011.

5. The Clerk of Court shall close this case.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.